# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY GENE BEELER,<br><br>　　　　　　Petitioner,<br>　　v.<br>RON DAVIS, Warden,<br>California State Prison at San Quentin,<br><br>　　　　　　Respondent. | Case No. CV 96-0606 GW<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

　　Pursuant to the Order Re: Petitioner's Briefs Addressing Application of 28 U.S.C. § 2254(d) to Remaining Guilt and Penalty Phase Claims,

　　IT IS HEREBY ORDERED AND ADJUDGED that the Amended Petition is denied with prejudice and judgment is entered in favor of Respondent and against Petitioner.

　　The Clerk is ordered to enter this judgment.

　　IT IS SO ORDERED.

Dated: December 1, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　GEORGE WU
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge